| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
| | FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RAED SWEIS, | ) | |
| | ) | No. C 07-2044 MEJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION TO TRANSFER VENUE OF |
| ROBERT MUELLER III, Director, | ) | ACTION TO EASTERN DISTRICT OF |
| Federal Bureau of Investigations; | ) | CALIFORNIA; AND [PROPOSED] ORDER |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security; | ) | [28 U.S.C. § 1406(a)] |
| DAVID STILL, District Director, U.S. | ) | |
| Citizenship and Immigration Services (USCIS); | ) | |
| EMILIO GONZALEZ, Director, USCIS | ) | |
| TERRY RICE, San Francisco Field Office | ) | |
| Director, USCIS, | ) | |
| | ) | |
| Defendants. | ) | |

This is an action arising under 8 U.S.C. § 1447(b). Plaintiff, a resident of Rancho Cordova, California, alleges that he attended a naturalization examination on March 15, 2006, but his application remains unadjudicated.

Pursuant to 8 U.S.C. § 1447(b), if there is failure to make a naturalization determination 120 days or more after the date of a naturalization examination, the applicant may apply to the United States District Court for the district in which the applicant resides for a hearing on the matter.

Rancho Cordova, California is located in Sacramento County, in the Eastern District of

Stipulation to Transfer
C07-2044 MEJ                                    1

California. 28 U.S.C. § 84(a). Accordingly, venue for this action is proper in the Eastern District, but not in this District.

The parties to this action, by and through their attorneys, hereby stipulate and request of the Court that this action should be transferred to the Eastern District of California pursuant to 28 U.S.C. § 1406(a). Section 1406(a) provides:

> The district court of a district in which is filed a case laying in venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.

Because venue is proper only in the Eastern District, the parties believe that the interests of justice require that this action be transferred to the United States District Court for the Eastern District of California.

In addition, the time for a response to the complaint has not yet run, and in view of the uncertainty as to when this action will be docketed and assigned to a judge in the Eastern District of California, the parties further stipulate and request of the Court that the time for the Defendants to answer, move, plead or otherwise respond to the Complaint should be extended to 40 days after the date the action is docketed and assigned to a judge in the Eastern District of California.

Date: May 31, 2007                     Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney

                                       _____/s/_____
                                       ILA C. DEISS
                                       Assistant United States Attorney
                                       Attorneys for Defendants


                                       _____/s/_____
Date: May 31, 2007                     ELIAS Z. SHAMIEH
                                       Attorney for Plaintiff

Stipulation to Transfer
C07-2044 MEJ                                    2

**ORDER**

The foregoing stipulation is approved and this action is hereby transferred to the United States District Court for the Eastern District of California, the judicial district in which this case should have been brought. The time for Defendants to answer, move, plead or otherwise respond to the Plaintiff's Complaint shall be extended to 40 days after the action is docketed, and a judge assigned, in the Eastern District of California. IT IS SO ORDERED.

Date: June 5, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge